IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WILSON COONEY,<br>Individually and on behalf of all others<br>similarly situated | *<br>*<br>* |
| | * CIVIL ACTION NO. 7:17-CV-00126-RAJ-DC |
| VERSUS | *<br>*<br>*<br>* |
| EPS ENERGY SERVICES, LLC and<br>TODD L. MATTE | *<br>* |

**********************************************************************

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit, the civil record of this lawsuit and the prior proceedings in this matter:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Wilson Cooney therein against EPS Energy Services, LLC and Todd L. Matte be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this _____ day of _____, 2017 in _____, Texas.

_____
UNITED STATES JUDGE