IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WILSON COONEY, Individually and on behalf of all others similarly situated, *Plaintiff,* § § § § | |
| v. § | NO. MO:17-CV-00126-RAJ |
| § | |
| EPS ENERGY SERVICES, LLC and TODD L. MATTE, *Defendants.* § § § | |

### FINAL JUDGMENT

BEFORE THE COURT is Plaintiff Wilson Cooney's Unopposed Motion to Dismiss with Prejudice. (Doc. 20). Plaintiff requests that the Court dismiss all of Plaintiff's claims against Defendants EPS Energy Services, LLC and Todd L. Matte with prejudice, dismiss the case, and direct the entry of final judgment. Accordingly, the Court hereby enters **FINAL JUDGMENT** in accordance with Rule 41 of the Federal Rules of Civil Procedure.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Unopposed Motion to Dismiss is hereby **GRANTED** (Doc. 20) and all of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE,** with costs of court and attorney's fees being assessed against the Party incurring same.

It is further **ORDERED** that the reference to the U.S. Magistrate Judge entered on June 27, 2017, is hereby **WITHDRAWN** and **VACATED.** (Doc. 8).

It is finally **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 20th day of November 2017.

ROBERT A. JUNELL
Senior United States District Judge